March 31, 1969

Commonwealth ex rel. Pacell, Appellant, *v.* Rouse.

Before SCHWARTZ, J.

Argued March 20, 1969. *Daniel H. Greene,* for appellant; *Paul Leo McSorley,* for appellee.

OPINION PER CURIAM: In this case, the father is earning $1000.00 a month. However, only $150.00 a month was allotted for the support of his four children by a prior marriage. While recognizing that the father is now remarried, and supports three more children, we feel, nonetheless that the instant support or-

der, which is equal to approximately $8.50 per week per child, is totally inadequate.

Accordingly, this case is remanded to the lower court for a further hearing at which time the court shall fix an order consistent with the husband's earnings and children's needs.